■ WALTER K. SIVER, Appellant, v JEAN M. LaROSA, Formerly Known as JEAN M. ROTONDO, Respondent. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567). (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Adverse Possession.) Present—Dillon, P. J., Callahan, Denman, Boomer and Lowery, JJ.

■ AETNA LIFE & CASUALTY, PFSD, Respondent, v PAMELA CLIFFORD, Appellant.—Order unanimously affirmed with costs. Memorandum: Respondent served petitioner with a Demand for Arbitration alleging that her personal injuries were caused by the negligence of an uninsured motor vehicle operator. The uncontroverted facts on the record establish that respondent was driving the subject motor vehicle at the time of the accident. It was within the jurisdiction of Supreme Court to determine, on those uncontroverted facts, that respondent had no arbitrable claim for uninsured motorist benefits *(see, Matter of Rosenbaum [American Sur. Co.],* 11 NY2d 310; *Matter of MVAIC [Levy],* 17 AD2d 965; *Matter of Hilton [MVAIC],* 53 Misc 2d 823, *affd* 29 AD2d 630). (Appeal from Order of Supreme Court, Onondaga County, Miller, J.—Arbitration.) Present—Dillon, P. J., Callahan, Denman, Boomer and Lowery, JJ.

■ In the Matter of JOANNA H., and Others, Children Alleged to be Neglected. (Appeal No. 1.)—Orders unanimously affirmed without costs for reasons stated in decision at Chautauqua County Family Court, Hartley, J. (Appeal from Orders of Chautauqua County Family Court, Hartley, J.—Permanent Neglect.) Present—Dillon, P. J., Callahan, Denman, Boomer and Lowery, JJ.

■ In the Matter of JOANNA H., and Others, Children Alleged to be Neglected. (Appeal No. 2.)—Orders unanimously affirmed without costs for reasons stated in decision at Chautauqua County Family Court, Hartley, J. (Appeal from Orders of Chautuaqua County Family Court, Hartley, J.—Permanent Neglect.) Present—Dillon, P. J., Callahan, Denman, Boomer and Lowery, JJ.